**Michael Scott PERKINSON,
Plaintiff—Appellant,**

v.

**R. Thomas BREEDLOVE; Charles Hawley; Cna/Western Surety Company, Defendants—Appellees.**

No. 06–6107.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 22, 2006.

Decided: June 28, 2006.

Michael Scott Perkinson, Appellant Pro Se.

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael Scott Perkinson appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint as barred by the applicable statute of limitations. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Perkinson v. Breedlove*, No. 5:05–ct–00681–H (E.D.N.C. Dec. 8, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*